UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TROY ANDERSON,

        Plaintiff,

  v.

COUNTY OF CONTRA COSTA BOARD OF SUPERVISORS et al,

        Defendant.
                                        /

Case Number: CV14-00508 LHK

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 7, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Troy J. Anderson V57236
San Quentin State Prison
San Quentin, CA 94974

Dated: April 7, 2014

                                        Richard W. Wieking, Clerk
                                        By: MARTHA BROWN, Deputy Clerk