IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TROY J. ANDERSON, | ) | No. C 14-0508 LHK (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| MELISSA A. SMITH, et al., | ) | |
| Defendants. | ) | |

The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED:   5/28/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\LHK\CR.12\Anderson508jud.wpd